# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

UNITED STATES OF AMERICA

-vs-

DUSTIN LADD

Case Number: 2:06-cr-129-FtM-29DNF

USM Number: 42975-061

Richard D. Lakeman, CJA
P.O. Box 101580
Cape Coral, Florida 33910

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers 5, 6 & 7 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 5 | Positive urinalysis | January 17, 2007 |
| 6 | Failure to submit to urinalysis | January 17, 2007 |
| 7 | Positive urinalysis | January 30, 2007 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Violations 1, 2, 3 & 4 are dismissed on motion of the United States.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

4/16/2007

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

April __16__, 2007

AO 245B (Rev. 6/05) Judgment in a Criminal Case

DUSTIN LADD
2:06-cr-129-FtM-29DNF

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **One Year & One Day**.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case

DUSTIN LADD  
2:06-cr-129-FtM-29DNF

## SUPERVISED RELEASE

Supervised Release was revoked and not reimposed.